UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| WILLIAM L. LILE, JR. | ) | BANKRUPTCY NO. 05-40895 |
|     Debtor(s). | ) | CHAPTER 7 |

### NOTICE OF DEPOSIT OF SMALL DIVIDEND

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

    Claim #1     Medical Diagnostic Services     $4.57

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
200 Ferry Street, Suite B
P. O. Box 377
Lafayette, Indiana 47902-0377
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

### CERTIFICATE OF SERVICE

I certify that on June 30, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 100 East Wayne Street, Suite 555, South Bend, Indiana, 46601
2. William Lile, Jr., IDOC, WVCF D319L, P O Box 1111 , Carlile, IN 47838
3. Medical Diagnostic Services, c/o Lafayette Accounts Service, 100 Farabee Drive South, Suite B, Lafayette, IN 47905

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright